PROB. 12
Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

FILED BY _____ D.C.

04 AUG 30  PM 4: 26

## WESTERN DISTRICT OF TENNESSEE

Robert ___ trolio
CLERK ___ DIST. CT.
MEMPHIS

U. S. A. vs. **John DUDLEY** _____     Docket No. **2:90CR20113-00**

## Petition on Probation and Supervised Release

**COMES NOW** ____Johnetta Norman____ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of _John Dudley_ who was placed on supervision by the Honorable _Julia Smith Gibbons_ sitting in the Court at _Memphis, TN_ on the _14th_ day of _December_, 19 _90_, who fixed the period of supervision at _four (4) years *_, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1.     The defendant is to submit to urine screens, drug testing and treatment as directed by the Probation Office.,.


    **\* Supervised Release commenced on December 13, 2002**


## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:


### -SEE PAGE 2-


**PRAYING THAT THE COURT WILL ORDER** that a **WARRANT** be issued for John Dudley to appear before the Court to answer charges of Supervised Release violation.


BOND: _____

### ORDER OF COURT

Considered and ordered this _30th_ day of _August_, 20 _04_ and ordered filed and made a part of the records in the above case.

_____
United States District Judge

**Respectfully,**

_Johnetta Norman_
Johnetta Norman, Supervising
United States Probation Officer

Place _Memphis, Tennessee_

Date _August 18, 2004_

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on _8-31-04_



John DUDLEY
2:99CR20113-01
Page 2


**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**THE DEFENDANT HAS VIOLATED THE FOLLOWING CONDITION OF SUPERVISION:**


**The defendant shall not commit another Federal, state or local crime.**

Mr. Dudley placed candy bars in the gasoline tank of his estranged girlfriend's car for a total estimated damage of $2,380.00 causing him to be arrested on February 23, 2004 on a charge of Vandalism Over $500.00. Mr. Dudley was indicted in Shelby County Criminal Court and is scheduled for a September 7, 2004 report date in Division 7.

In addition, Mr. Dudley was convicted on March 22, 2004 and sentenced to ten (10) days for Violating An Ex Parte Order of Protection. He used his vehicle to block the path of his estranged girlfriend's vehicle. He then tried to pull her from the vehicle. Subsequent to these actions, he chased her back to her residence.

# VIOLATION WORKSHEET

1. **Defendant**   John Dudley   (Address: 7160 Germanwood Court, Memphis, TN 38125)

2. **Docket Number (Year-Sequence-Defendant No.)**   2:90CR20113-001

3. **District/Office**   Western District of Tennessee

4. **Original Sentence Date**   12 / 14 / 1990
   month   day   year

5. **Original District/Office**   N/A

6. **Original Docket Number (Year-Sequence-Defendant No.)**

7. List each violation and determine the applicable grade (see §7B1.1):

| Violation(s) | Grade |
|---|---|
| | C |
| • New Criminal Conduct: Violation of Order of Protection | |
| • New Criminal Conduct: Vandalism Over $500 | B |
| | |
| | |
| • | |
| • | |
| • | |
| • | |

8. **Most Serious Grade of Violation (see §7B1.1(b))**   B

9. **Criminal History Category (see §7B1.4(a))74**   V

10. **Range of imprisonment (see §7B1.4(a))**

| 18 - 24 | months |
|---|---|

Statutory Maximum: 3 Years

11. **Sentencing Options for Grade B and C Violations Only (Check the appropriate box):**

   { } (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

   { } (b) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

   {x} (c) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

**Mail documents to: United States Sentencing Commission, 1331 Pennsylvania Avenue, N.W. Suite 1400, Washington, D.C., 20004, Attention: Monitoring Unit**

DEFENDANT: John Dudley _____

**12.**   **Unsatisfied Conditions of Original Sentence**

List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation {see §7B1.3(d)}:

Restitution ($) _____          Community Confinement _____

Fine ($) _____          Home Detention _____

Other _____          Intermittent Confinement _____

**13.**   **Supervised Release**

If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3{see §§7B1.3(g)(1)}.

Term: _____ to _____ years

If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment {see 18 U.S.C. §3583(e) and §7B1.3(g)(2)}.

Period of supervised release to be served following release from imprisonment: _____

**14.**   **Departure**

List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**15.**   **Official Detention Adjustment {see §7B1.3(e)}:** _____ **months** _____ **days**

Mail documents to:  United States Sentencing Commission, 1331 Pennsylvania Avenue, N.W.
Suite 1400, Washington, D.C., 20004, Attention:  Monitoring Unit

John DUDLEY
Docket No. 2:90CR20113-01

## BOND RECOMMENDATION

Upon being brought into Federal custody, it is recommended that Mr. Dudley be Held Without Bond pending the disposition of this revocation matter.  It is felt that he is a danger to the community, and the victim in this case remains fearful for her life.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:90-CR-20113 was distributed by fax, mail, or direct printing on August 31, 2004 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT