AO 245 S (Rev. 4/90)(W.D. TN rev.) Judgment in a Criminal Case

Page 1 of 1

Case 2:90-cr-20113-SHM   Document 57   Filed 03/24/05   Page 1 of 2   PageID 15

# United States District Court
### Western District of Tennessee

FILED BY ube J.C.

05 MAR 24  PM 5: 00

ROBERT R. Di TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

Case Number   2:90CR20113-01-Ma

**JOHN DUDLEY**

## JUDGMENT AND COMMITMENT ORDER
## ON REVOCATION OF SUPERVISED RELEASE
(For Offenses Committed On or After November 1, 1987)

The defendant, **John Dudley**, was represented by Ms. Pam Hamrin.

It appearing that the defendant, who was sentenced by the Hon. Julia Smith Gibbons on December 14, 1990, and placed on supervised release for a period of four (4) years, has violated the terms of his supervision, it is hereby **ORDERED** and **ADJUDGED** that defendant's supervised release be revoked and that defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of eighteen (18) months.

The defendant is remanded to the custody of the United States Marshal.

Signed this 24th day of March, 2005.

**SAMUEL H. MAYS, JR.**
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 3-25-05

57

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:90-CR-20113 was distributed by fax, mail, or direct printing on March 25, 2005 to the parties listed.

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT