IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,  Plaintiff, | * * * | |
| vs. | * | No. 90-20113-G |
| JOHN DUDLEY  A/K/A  JOHN SMITH, | * * | 21 U.S.C., 841(a)(1)  18 U.S.C., 924(c) |
| Defendant. | * | |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about April 30, 1990, in the Western District of Tennessee, the Defendant,

**JOHN DUDLEY  
A/K/A  
JOHN SMITH**

did unlawfully, knowingly, and intentionally possess with the intent to distribute approximately 10.7 grams of cocaine base, a controlled substance, as classified by Title 21, United States Code, Section 812, as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

On or about April 30, 1990, in the Western District of Tennessee, the Defendant,

**JOHN DUDLEY**
**A/K/A**
**JOHN SMITH**

during and in relation to a drug trafficking crime; that is, the possession with the intent to distribute a controlled substance, did knowingly carry and use a firearm; that is, a .32 caliber revolver, in violation of Title 18, United States Code, Section 924(c).

A TRUE BILL:

s/ Grand Jury Foreperson

DATED: May 14, 1990

*s/ W. Hickman Ewing Jr.*
UNITED STATES ATTORNEY